IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY BETH HAYDEN, )<br>   on behalf of herself and all )<br>   similarly situated employees, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br> )<br>ERIC CHURCH and KATHERINE CHURCH, )<br> )<br>Defendants. ) | Case No. 3:20-cv-00926<br>Judge Aleta Trauger<br>Magistrate Judge Holmes |

## JOINT MOTION TO AMEND INITIAL CASE MANAGEMENT ORDER

Plaintiff and Defendants, by counsel, jointly move this Court to enter an Order amending the deadlines in the Initial Case Management Order relating to the Motion for Conditional Certification, allowing Plaintiff up to and including March 14, 2021, to file her motion, with Defendants' response being filed 14 days thereafter. In support of this motion, the parties state as follows:

1. Defendants' responses to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents are due February 10, 2021. Defendants requested and Plaintiff agreed to a 14-day extension for Defendants to serve their written responses, making that new deadline February 24, 2021.

2. Because Defendants' responses may affect the content of Plaintiff's Motion for Conditional Certification, currently due March 1, 2021, Plaintiff requested and Defendants agreed that Plaintiff should receive a corresponding 14-day extension to file her Motion. The parties further agree that the limitations periods for putative class members shall be tolled for the period

February 10, 2021 through February 24, 2021. This tolling agreement does not affect any deadlines that may have passed for putative class members prior to February 10, 2021.

3. To effectuate the extension, the parties respectfully request that this Court amend its Initial Case Management Order (Doc. 12) to reflect the new filing deadline for Plaintiff's Motion for Conditional Certification as March 14, 2021. All other deadlines in the Initial Case Management Order shall remain the same.

4. This request is sought in good faith and not for purposes of delay.

5. A proposed Order is attached hereto as **Exhibit 1**.

Respectfully submitted,

/s/ *Charles P. Yezbak, III*
Charles P. Yezbak, III (#018965)
N. Chase Teeples (#032400)
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Road, Suite 310A
Nashville, TN 37215
Tel.: (615) 250-2000
Fax: (615) 250-2020
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

*Attorneys for Plaintiff*


/s/ *Katharine R. Klein*
John R. Jacobson (TN Bar No. 14365)
Katharine R. Klein (TN Bar No. 19336)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
jjacobson@rwjplc.com
kklein@rwjplc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing systems on all counsel of record:

Charles P. Yezbak
N. Chase Teeples
Yezbak Law Offices, PLLC
2021 Richard Jones Road, Suite 310-A
Nashville, Tennessee 37215
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

on this 10th day of February, 2021.

                                          s/ Katharine R. Klein