# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARY BETH HAYDEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:20-cv-00926 |
| | ) Judge Trauger |
| ERIC CHURCH, ET AL., | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Stipulation filed on October 29, 2021 (Doc. No. 29), it is hereby ORDERED that this case is DISMISSED, as the parties have agreed to binding arbitration of the claims in this case. The Clerk shall enter judgment.

It is so **ORDERED**.

                                                                ALETA A. TRAUGER
                                                                U.S. District Judge